UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/09
```

CHANEL INC.,

                Plaintiff,

-v-

DILIP KAPADIA, *et al.*,

                Defendants.

No. 09 Civ. 5993 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated August 27, 2009, the Court granted the last in a series of extensions to Defendants, allowing them to file their answer by September 11, 2009. As of September 21, 2009, the Court has still not received Defendants' answer, nor has the Court received any explanation as to why it is late.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file their answer no later than September 25, 2009. The parties shall then submit a Case Management Plan no later than October 2, 2009. The Court will grant no further extensions absent a showing of good cause.

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendants expeditiously.

SO ORDERED.

Dated:      August 21, 2009
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE